IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HAROLD HARDAMON,** | ) | |
| **PLAINTIFF,** | ) | |
| VS. | ) | 2:14-cv-119-JHH |
| **PORFOLIO RECOVERY ASSOC., LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

**FINAL ORDER**

The court has before it the March 14, 2014 Motion (Doc. #6) to Dismiss With Prejudice filed by Plaintiff Harold Hardamon.  The Motion (Doc. #6) is **GRANTED,** and, it is **ORDERED, ADJUDGED and DECREED** that the instant Complaint is **DISMISSED WITH PREJUDICE**.   Costs taxed as paid.

**DONE** this the ___20th___ day of March, 2014.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE